UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANTHONY GRECO,

Plaintiff,

v.

STATE OF NEVADA,

Defendant.

Case No. 2:26-cv-03687-APG-EJY

**ORDER**

Pending before the Court is Plaintiff's "Memorandum of Law in Support of Notice of Removal" filed on October 28, 2026. ECF No. 1-1. Plaintiff did not pay the $405 filing fee required to commence a civil action; nor did he file an application to proceed *in forma pauperis*, which he must do under 28 U.S.C. § 1915(a)(1) and the U.S. District Court for the District of Nevada Local Rule LSR 1-1 if he wishes to proceed without paying the required filing fee. In the absence of Plaintiff's payment of the filing fee or an application to proceed *in forma pauperis* that is granted, the case cannot proceed in this Court. Further, Plaintiff's Memorandum does not attach a complaint, nor do the other 156 pages of attachments comprise a complaint. Plaintiff must file his complaint on the approved form provided by the Court or must include in an alternative form substantially all the information called for by the Court's form when initiating a civil rights lawsuit. Local Rule LSR 2-1.[1] The Court notes there is no basis for "removal" of a state criminal prosecution under 28 U.S.C. § 1442, and if the prosecution is ongoing the federal court will not intercede (*see Younger v. Harris*, 401 U.S. 37 (1971)). Moreover, judicial officers are generally immune from suit (*Schucker v. Rockwood,* 846 F.2d 1202, 1204 (9th Cir.1988) (per curiam); *Cleavinger v. Saxner,* 474 U.S. 193 (1985) (judicial immunity applies "however erroneous the act may have been, and however injurious in its consequences it may have proved to the plaintiff.").

---

[1] Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." U.S. District Court for the District of Nevada Local Rule LSR 2-1 states: "[a] civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form."

Accordingly, IT IS HEREBY ORDERED that no later than **December 7, 2026**, Plaintiff **must** pay the $405 filing fee to commence a civil action or file a complete Application to Proceed *in forma pauperis* by a non-prisoner.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff the Application to Proceed *in forma pauperis* for a non-prisoner together with the instructions for filing the same.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form for filing a complaint along with the information and instructions for filing the same. Plaintiff is advised to note the limitations on suits relating to ongoing criminal prosecutions and judicial officers presiding over the same.

IT IS FURTHER ORDERED that failure to timely comply with this Order will result in a recommendation to dismiss this matter in its entirety without prejudice.

Dated this 6th day of November, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE